FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Friday, June 17, 2022

Mr. Paul Robert Hornung
Domingo A Garcia PC
1111 W Mockingbird Ln Ste 1200
Dallas, TX 75247-5012
* DELIVERED VIA E-MAIL *

Mr. Domingo Alberto Garcia
Law Office of Domingo Garcia P.C
1111 W Mockingbird Ln Ste 1200
Dallas, TX 75247-5012
* DELIVERED VIA E-MAIL *

Justice N. Terry Adams Jr.
The Law Office of Terry Adams
6400 Taggart Street
Houston, TX 77007
* DELIVERED VIA E-MAIL *

RE:    Case Number:  21-0197
       Court of Appeals Number:  05-19-00439-CV
       Trial Court Number:  DC-19-02097

Style:  WEEKLEY HOMES, LLC
       v.
       JOHN PANIAGUA; AND HERMELINDA MARAVILLA CORONA, JOSE
       CAMERINO MARAVILLA, SR., AND MARGARITA MARAVILLA,
       INDIVIDUALLY, AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOSE
       CAMERINO MARAVILLA, DECEASED, AND AS NEXT FRIEND OF S.L.M.S.,
       E.H., L.A.S., AND J.J.M., MINORS

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:    District Clerk Dallas County (DELIVERED VIA E-MAIL)
Ms. Lisa Matz (DELIVERED VIA E-MAIL)
Mr. Michael Alan Logan (DELIVERED VIA E-MAIL)